IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ANTHONY ALTMAN                                                                           PLAINTIFF

     v.     Civil No. 07-3001

JERRY LOGGINS, Sheriff;
and BRIAN STOCKTON,
Jail Administrator                                                                         DEFENDANTS

## **ORDER**

  As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **August 21, 2007**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

  IT IS SO ORDERED this 23rd day of May 2007.

                /s/ *J. Marschewski*
                HON. JAMES R. MARSCHEWSKI
                UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)