IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ANTHONY ALTMAN                                                    PLAINTIFF

              v.                    Civil No. 07-3001

JERRY LOGGINS, Sheriff;
and BRIAN STOCKTON,
Jail Administrator                                               DEFENDANTS

**O R D E R**

Defendants filed a motion for summary judgment (Doc. 12).  The plaintiff filed a
response (Doc. 16).  However, the court believes it needs additional information from the
plaintiff.  Therefore, to assist plaintiff in responding to the motion for summary judgment, the
undersigned is propounding a questionnaire.  The court will consider plaintiff's response to the
questionnaire in issuing a report and recommendation on the motion for summary judgment.

For this reason, Anthony Altman is hereby directed to complete, sign, and return the
attached response to defendants' motion for summary judgment on or before **July 18, 2008**.
**Plaintiff's failure to respond within the required period of time may subject this matter to
dismissal for failure to comply with a court order.**

IT IS SO ORDERED this 23rd day of June 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ANTHONY ALTMAN                                                          PLAINTIFF

                    v.                         Civil No. 07-3001

JERRY LOGGINS, Sheriff;
and BRIAN STOCKTON,
Jail Administrator                                                      DEFENDANTS

## RESPONSE TO SUMMARY JUDGMENT MOTION

TO: ANTHONY ALTMAN

         These questions and answers will serve as your response to defendants' motion for

summary judgment.  You may use additional sheets of paper in responding to these questions.

You must file this response by **July 18, 2008.**

         1.  You were booked into the Searcy County Detention Center (SCDC) on August 11,

2004, on charges of aggravated assault, simultaneous possession of drugs and firearms,

manufacturing of a controlled substance, and possession of firearms by certain a person who

has been convicted of a felony.

         Agree_____ Disagree_____Without knowledge to agree or disagree_____.

         If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at

page 1.

_____

_____

_____

_____

-2-

2.  Were the pending criminal charges the sole reason you were incarcerated?

Answer:  Yes _____ No _____.

If you answered no, please state if your probation or parole had been violated or if you were serving a sentence.

_____

_____

_____

_____

3.  A felony information and bench warrant were filed in the Searcy County Circuit Court on August 12, 2004, in Criminal Case No. 2004-71 against you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at pages 1-3.

_____

_____

_____

_____

4.  You were arraigned on August 16, 2004, and a surety bond of $45,000 set by the Circuit Judge.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at page 4.

-3-

**AO72A**
**(Rev. 8/82)**

_____

_____

_____

_____

5. You posted bond that day and were released from the SCDC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at page 4.

_____

_____

_____

_____

6. On July 13, 2006, an order to forfeit your bond was issued based on your failure to appear.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at pages 5-6.

_____

_____

_____

_____

7.  On September 26, 2006, a bench warrant was issued in Criminal Case No. 2004-

-4-

71.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at page 7.

_____

_____

_____

_____

8.  On September 26, 2006, you were arrested and detained at the SCDC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

9.  You were released from the SCDC pursuant to the judge's order on December 11, 2006.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

AO72A
(Rev. 8/82)

10.  You had a bunk or a mattress to sleep on each night at the SCDC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

11.  You did not sleep on the floor without a mat.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please state exactly how many nights you

slept on the floor.  Out of the nights you slept on the floor state how many nights you

did not have any mat.

_____

_____

_____

_____

_____

_____

_____

_____

-6-

_____

_____

_____

12.   You had access to a day-room.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

13.   You could perform exercises such as sit-ups, push-ups, etc., in your cell or in the day-room.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please be specific.  State why you could not perform sit-ups, push-ups, etc.

_____

_____

_____

_____

_____

_____

_____

-7-

_____

_____

_____

_____

_____

14.  Describe:  (a) the size of the day-room; (b) what furniture or other items were in it; (c) how many inmates were in it at a time; and (d) when you had access to it.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-8-

_____

15.  Describe:  (a) your cell; (b) what was in your cell (e.g., bunks, toilet, etc.); (c) how many inmates were assigned to it; (d) how many hours a day you were locked in your cell; and (e) where you took your meals.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

16.   You received three meals a day.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

17.   The diet you received was sufficient to maintain your health.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

_____

_____

_____

18.   You were provided with sufficient clothing.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

-10-

19.  Although the SCDC did serve disaster relief meals, a nutritionist from the local health department approved the content of the meals and concluded they contained the necessary nutritional requirements so long as they were supplemented with an extra 200 calories including fruit.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

20.   The disaster relief meals were supplemented with 200 calories including fruit.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

_____

_____

21.  The disaster relief meals served at the SCDC were not expired.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

_____

_____

_____

22.   The SCDC allowed all inmates to meet with their attorneys, public defenders

included, anytime the attorney requested to meet with their inmate clients.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-12-

If you disagree, explain.

_____

_____

_____

_____

_____

_____

_____

23.  Your attorney could have seen you anytime he or she wanted and was never refused the right to see you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

_____

_____

24.  You were able to send and receive legal mail.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

_____

_____

_____

25.   You had an attorney representing you on your criminal charges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

_____

_____

_____

26.   You were able to send and receive personal mail.

-14-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

_____

_____

_____

27.  Did you miss any deadlines for filing any documents with the court?

Answer:  Yes _____ No _____.

If you answered yes, please state:  (a) what document you were unable to file with a

court: (b) what deadline you missed; (c) what court the document was to be filed in; (d)

whether you were now barred from filing the document; (e) what case the document was to

be filed in; (f) whether you had an attorney representing you in the case; (g) whether the case

was a civil case or a criminal case; and (h) how not having access to a law library prevented

you from filing this document.

_____

_____

_____

_____

-15-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

28.  You state you were almost never let outside.  Please state:  (a) when you were allowed outside; (b) how often you were allowed outside; and (c) who decided when you were allowed outside.

Answer:

_____

_____

-16-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

29.  You allege you were given expired food.  Please explain how this violated your federal constitutional rights.

Answer:

_____

_____

_____

_____

_____

-17-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

30.  You state that you only saw the jailers a few times a day.  Please indicate:  (a) if the jailers monitored you from a central control area; (b) how you believe the fact that you only saw the jailers a few times a day violated your federal constitutional rights; and (c) how you were harmed.

Answer:

_____

_____

-18-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

    31.  Do you contend a custom or policy of Searcy County was the moving force behind the alleged constitutional violations?

    Answer:  Yes _____ No _____.

    If you answered yes, describe in detail the custom or policy and how it operated to deprive you of your federal constitutional rights.

_____

_____

_____

-19-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

    32. Under § 1983 an individual can be sued in their individual capacity or in their

official capacity.  A suit against an individual in their official capacity is the equivalent of a

suit against the entity for which the individual works.  Such a suit requires the showing of a

custom or policy.  An individual capacity suit requires notice and subjects the person to

liability in their personal capacity.  Did you intend to sue Mike Conger and Nurse Crystal

Reed in their official capacities, their individual capacities, or in both capacities?

    Answer:

_____

_____

-20-

_____

_____

     Detail below any further response you would like to make to defendants' motion for summary judgment.  If you have any exhibits you would like the court to consider, you may attach them to this response.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-21-

_____

_____

_____

_____

_____

_____

     I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

TRUE AND CORRECT.

     EXECUTED ON THIS _____ DAY OF _____ 2008.

_____

     ANTHONY ALTMAN

-22-