## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HARRISON DIVISION

ANTHONY ALTMAN                                                           PLAINTIFF

       v.        Civil No. 07-3001

JERRY LOGGINS, Sheriff; and
BRIAN STOCKTON, Jail Administrator                                       DEFENDANTS

### O R D E R

Now on this 11th day of August, 2008, come on for consideration defendants' **First Motion for Summary Judgment** (document #12); the **Magistrate Judge's Report And Recommendation** (document #19); and plaintiff's **Objections To R&R** (document #20), and the Court, having carefully reviewed both documents, finds the Report And Recommendation is sound in all respects, and that it should be adopted *in toto*.

The Court further finds that plaintiff's Objections do not fairly address the substance of the Report And Recommendation, going as they mainly do to the severity of his sentence rather than to the conditions of his confinement. The Objections are, therefore, without merit, and they will be overruled.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** (document #19) is **adopted *in toto***.

**IT IS FURTHER ORDERED** that plaintiff's **Objections To R&R** (document #20) are **overruled.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, defendants' **First**

**Motion for Summary Judgment** (document #12) is **granted in part and denied in part.** The motion is **denied** as to plaintiff's claims that he was denied an adequate diet, and **granted in all other respects.**

**IT IS FURTHER ORDERED** that this matter is **remanded** to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED.**

                                        /s/ Jimm Larry Hendren
                                        **JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT JUDGE**