```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                     HARRISON DIVISION
```

**ANTHONY ALTMAN**                                                    PLAINTIFF

       v.        Civil No. 07-3001

**JERRY LOGGINS, Sheriff;**
**and BRIAN STOCKTON, Jail**
**Administrator**                                                     DEFENDANTS

### O R D E R

Now on this 15th day of December, 2008, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #29) in this matter, to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are hereby **dismissed**.

**IT IS SO ORDERED.**

                                            /s/ Jimm Larry Hendren
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE